STATE

v.

Richard A. FRAZIER.

No. 78–442–C.A.

Supreme Court of Rhode Island.

June 12, 1980.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

Mary E. Levesque, Asst. Public Defender, for defendant.

## ORDER

The defendant's motion for limited remand or in the alternative for reduction of bail is assigned to the motion calendar for June 20, 1980 at 9:30 a. m. for oral argument.

WEISBERGER, J., did not participate.